COM.

v.

**GROVER, D.**

**1129 WDA 2016**

Superior Court of Pennsylvania.

06/12/2017

CP–02–CR–0005610–1994
(Allegheny)

Affirmed

COM.

v.

**WALKER, M.**

**875 EDA 2015**

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0002438–2012
(Philadelphia)

Affirmed

**LANKARD, C.**

v.

**LAUREL MOUNTAIN**

**1367 WDA 2016**

Superior Court of Pennsylvania.

06/12/2017

Reargument Denied 8/23/2017

A.D. 778–2013
(Greene)

Affirmed

**PELLECHIA, J.**

v.

**CHEN, Y.**

**1208 EDA 2015**

Superior Court of Pennsylvania.

06/13/2017

11026 Civil 2011
(Monroe)

Affirmed